Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward,CA 94540
(510) 266- 5580
13trustee@oak13.com

Trustee for Debtor(s)

**The following constitutes the order of the Court.**
**Signed: January 17, 2025**

_William J. Lafferty, III_

**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br>Barbara Alice Militano<br><br><br>Debtors(s) | Chapter 13 Case Number:<br>24-41736-WJL13<br><br>In Proceedings Under<br>Chapter 13 of the<br>Bankruptcy Code |

**ORDER OF DISMISSAL AFTER DEFAULT OF CHAPTER 13 PLAN PAYMENTS**

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that the above entitled Chapter 13 case is DISMISSED PRIOR TO CONFIRMATION of the plan .

Upon consideration of the declaration dated January 14, 2025 of Martha G. Bronitsky, Chapter 13 Standing Trustee, filed with this Court attesting to the default of debtor(s) under the terms of the plan; upon the continuing default of the debtor. The Court being satisfied that the Chapter 13 Trustee served the debtor(s) and counsel for debtor(s) with a MOTION TO DISMISS CHAPTER 13 CASE FOR FAILURE TO MAKE PLAN PAYMENTS, and upon good cause shown.

IT IS THEREFORE ORDERED that the above-referenced case be dismissed, and that any restraining orders heretofore entered in this case are hereby vacated. The Trustee shall submit at a later date her Trustee's Final Report for approval by the Court.

END OF ORDER

# COURT SERVICE LIST